IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03472-REB-MJW

JANET JOHNSTON and
MARY CLAY,

Plaintiff(s),

v.

COLORADO SPRINGS UTILITIES, a Colorado Springs enterprise providing energy and utilities,

Defendant(s).

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Scheduling Conference (Docket No. 10) is DENIED.   The Scheduling Conference remains set on March 11, 2014, at 10:30 a.m.  Counsel have adequate time before the conference to narrow plaintiffs' claims, address the alleged improperly-named defendant, and narrow any other possible areas of dispute.  Furthermore, the stipulation by the parties extending the deadline for the City to answer or otherwise respond to the Complaint does not warrant rescheduling the conference.

Date: March 5, 2014