IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03472-REB-MJW

JANET JOHNSTON and
MARY CLAY,

Plaintiff(s),

v.

THE CITY OF COLORADO SPRINGS, a Colorado municipality,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 21) is GRANTED finding good cause shown.  The written Protective Order (docket no. 21-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: March 25, 2014