**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03472-REB-MJW

JANET JOHNSTON, and
MARY CLAY,

    Plaintiffs,

v.

COLORADO SPRINGS UTILITIES,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiffs' Unopposed Motion For Leave to File Corrected Objections To Recommendations Regarding Defendant's Partial Motion To Dismiss** [#61][2] filed November 17, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiffs' Unopposed Motion For Leave to File Corrected Objections To Recommendations Regarding Defendant's Partial Motion To Dismiss** [#61] filed November 17, 2014, is **GRANTED**; and

    2. That **Plaintiffs' Objections To Recommendations Regarding Defendant's Partial Motion To Dismiss, Corrected** [#61-1] is **ACCEPTED** for filing.

    Dated: November 17, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#61]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.