IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03472-REB-MJW

JANET JOHNSTON and
MARY CLAY,

Plaintiff(s),

v.

THE CITY OF COLORADO SPRINGS, a Colorado municipality,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant's Unopposed Motion for Substituted Service (Docket No. 64) is granted.  It is thus further

     ORDERED that for any deposition and for the trial testimony of witness Deidra Jones, the parties shall be permitted to serve the subpoena upon Eric Bentley, Esq., who is legal counsel for Ms. Jones, in substitution for hand-to-hand personal service.

Date: November 24, 2014