**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-03472-REB-MJW

JANET JOHNSTON, and
MARY CLAY,

      Plaintiffs,

v.

COLORADO SPRINGS UTILITIES,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on plaintiffs' **Unopposed Motion To Dismiss with Prejudice** [#71] filed January 7, 2015.  After reviewing the motion and the record, I conclude that the motion should be granted and this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That plaintiffs' **Unopposed Motion To Dismiss with Prejudice** [#71] filed January 7, 2015, is **GRANTED**;

      2.  That any pending motion is **DENIED as moot**;

      3.  That the combined Final Pretrial Conference and Trial Preparation Conference set February 6, 2016 are **VACATED**;

      4.  That the jury trial set to commence February 23, 2015 is **VACATED**; and

      5.  That this action is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

      Dated January 12, 2015, at Denver, Colorado.

      **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge