**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-03472-REB-MJW

JANET JOHNSTON, AND
MARY CLAY

    Plaintiff,

v.

COLORADO SPRINGS UTILITIES

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order of Dismissal** (ECF No. 72 ) of Judge Robert E. Blackburn entered on January 12, 2015 it is

ORDERED that this action is Dismissed with Prejudice, with each party to pay its own attorney fees and costs.

   Dated at Denver, Colorado this 12th day of January, 2015.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                    By:  s/   A. Lowe
                                A. Lowe
                                Deputy Clerk